**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria M. Gonzalez, et al., | No. CV 06-1268-PHX-ROS |
| Plaintiffs, | **OPINION AND ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is a Motion to Intervene. (Doc. 72) If either Plaintiffs or Defendants wish to respond to this motion, the response is due July 28, 2006. The reply by proposed intervenors is due July 30, 2006.

DATED this 6/23/06.

Roslyn O. Silver
United States District Judge