Judith M. Dworkin (No. 010849)
Marvin S. Cohen (No. 00923)
Patricia Ferguson-Bohnee (No. 020996)
Javier G. Ramos (No. 017442)
SACKS TIERNEY P.A. (No. 00182000)
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251-3693
Telephone: (480) 425-2600
Marvin.Cohen@sackstierney.com
Judith.Dworkin@sackstierney.com
Patty.Ferguson@sackstierney.com
Javier.Ramos@sackstierney.com

Louis Denetsosie
The Navajo Nation, Dept. of Justice
P.O. Drawer 2010
Window Rock, Arizona 86515
Telephone: (928) 871-6275
Facsimile: (928) 871-6177
louisdenetsosie@navajo.org

Attorneys for Plaintiffs Navajo Nation and
Agnes Laughter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARIA M. GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ARIZONA; et al., <br><br> Defendants. | No. CV 06-1268-PHX-ROS (LEAD) <br> CV 06-1362-PHX-ROS <br> CV 06-1575-PHX-ROS <br><br> **JOINT STIPULATION TO DISMISS PENDING APPROVAL OF CHANGES TO PROCEDURES** <br><br> (Assigned to the Honorable Roslyn O. Silver) <br><br> **(Consolidated)** |

The Navajo Nation and Agnes Laughter ("Navajo Plaintiffs"), Arizona Secretary of State and Janice Brewer ("State Defendants") and Patty Hansen, the Election Administrator for Coconino County, Arizona; Penny Pew, the Elections Director for Apache County, Arizona; Lisa McKee, the Elections Director for Navajo County, Arizona; Candace Owens,

683363

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

the Coconino County Recorder; LeNora Johnson, the Apache County Recorder; and Laurette Justman, the Navajo County Recorder (the "County Defendants"), (collectively, the "Stipulating Parties"), by and through undersigned counsel, hereby stipulate to the following:

1. The Navajo Plaintiffs filed a complaint on June 20, 2006, Case No. CV 06-1575, seeking mandamus, declaratory judgment, and injunctive relief to prevent the enforcement of the proof of identification requirement for voting at the polls enacted pursuant to Proposition 200, A.R.S. § 16-579 and the "Procedure for Proof of Identification at the Polls" ("Procedures") prescribed by the State Defendants and the County Defendants.

2. The Arizona Secretary of State believes revision to the Procedures, as described herein, would benefit Arizona's Native American electors, to whom the procedures described herein apply.

3. Adoption by the State Defendant of the following revised Procedures ("Revised Procedures"):

> An elector who identifies himself or herself as a member of a federally recognized Native American tribe and who does not provide one form of identification that bears the name, address, and photograph of the elector or two different forms of identification that bear the name and address of the elector shall be issued a regular provisional ballot upon presenting one form of tribal identification that bears the name of the elector. <u>Acceptable forms of tribal identification include (but are not limited to): a tribal identification or enrollment card issued under the authority of a federally recognized Indian tribe, nation, community, or band ("tribe"), a tribal subdivision or the Bureau of Indian Affairs; or a Certificate of Indian Blood issued to a tribal member under the authority of a tribe or by the Bureau of Indian Affairs; or a voter registration card for tribal elections issued under the authority of a tribe; or a home site assignment lease, permit or allotment issued under the authority of a tribe, tribal subdivision, or by the Bureau of Indian Affairs; or a grazing permit or allotment issued to a tribal member under the authority of a tribe, tribal subdivision, or by the Bureau of Indian Affairs.</u>

4. Prompt initiation by the Secretary of State of the actions required for preclearance by the United States Department of Justice of the Revised Procedures set forth in Paragraph 2.

683363

2

5. In anticipation of preclearance of the Revised Procedures by the Department of Justice, the modification, as follows, of certain dates in the Final Amended Scheduling Order dated March 27, 2008, in order to avoid additional litigation expense:

    a. Paragraph E, rebuttal testimony of Navajo Plaintiffs' expert extended from March 21, 2008 to May 23, 2008.

    b. Paragraph F, completion of discovery extended from March 28, 2008 to June 4, 2008.

6. Upon preclearance of the Revised Procedures by the United States Department of Justice, the dismissal of all claims in Case No. CV 06-1575-PHX-ROS without prejudice, subject to the provisions of Paragraph 7 below, and in conformity with Rule 41(a)(2).

7. The entry by the Court of the accompanying form of Order dismissing all claims in Case No. CV 06-1575-PHX-ROS upon notification to the Court that the United States Department of Justice has precleared the Revised Procedures.

8. So long as the Revised Procedures remain in effect and are effectively implemented, the Navajo Plaintiffs will not bring any action against any of the Defendant parties that challenges Proposition 200, A.R.S. § 16-579, or the Revised Procedures on their face or as applied and any action brought by the Navajo Plaintiffs in violation of this stipulation shall be subject to dismissal.

9. In the event that the Department of Justice has not precleared the Revised Procedures as of May 19, 2008, this Stipulation shall become null and void unless extended in writing by the parties.

10. The parties agree that upon dismissal, each party shall bear its own attorney fees and costs incurred in this action.

\* \* \*

\* \* \*

683363

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

DATED this 18th day of April, 2008.

        SACKS TIERNEY P.A.

        By:   s/ Judith M. Dworkin
             Judith M. Dworkin
             Marvin S. Cohen
             Patricia Ferguson-Bohnee

        Attorneys for Plaintiffs Navajo Nation and Agnes Laughter

DATED this 18th day of April, 2008.

        STATE OF ARIZONA

        By:   s/Mary O'Grady
             Mary O'Grady
             Barbara A. Bailey
             Carrie J. Brennan

        Attorneys for Defendant Secretary of State

DATED this 18th day of April, 2008.

        NAVAJO COUNTY

        By:   s/ Lance B. Payette
             Melvin R. Bowers, Jr.
             Lance B. Payette

        Attorneys for Defendant Lisa McKee, Navajo County Elections Director and Laurette Justman, Navajo County Recorder

683363

DATED this 18th day of April, 2008.

            COCONINO COUNTY

            By: s/Jean E. Wilcox _____
              Jean E. Wilcox

              Attorneys for Defendant Patty Hansen, Coconino County Elections Administrator and Candace Owens, Coconino County Recorder

DATED this 18th day of April , 2008.

            APACHE COUNTY

            By: s/Criss E. Candelaria _____
              Criss E. Candelaria
              Bradley Carlyon

              Attorneys for Defendant Penny Pew, Apache County Elections Director and LeNora Johnson, Apache County Recorder

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

683363

5

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, a complete, duplicate copy of this document was forwarded directly to Judge Roslyn O. Silver by First Class Mail, at the following addresses:

Hon. Roslyn O. Silver
United States District Court, Suite 624
401 W. Washington Street, SPC 59
Phoenix, Arizona 85003

                                                        s/ Judith M. Dworkin

I hereby certify that on April 18, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, if any:

Daniel R. Ortega, Jr.
Roush McCracken Guerrero Miller & Ortega
650 N. 3rd Avenue
Phoenix, Arizona 85003
Email: danny@rmgmoinjurylaw.com

Nina Perales
Mexican American Legal Defense and Education Fund
110 Broadway, Ste. 300
San Antonio, Texas 78205
Email: nperales@maldef.org

Attorneys for Plaintiffs

David B. Rosenbaum
Thomas L. Hudson
Sara S. Greene
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012
Email: drosenbaum@omlaw.com
Email: thudson@omlaw.com
Email: sgreene@omlaw.com

David J. Bodney
Karen J. Hartman-Tellez
Steptoe & Johnson LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Email: dbodney@steptoe.com
Email: khartman@steptoe.com

683363

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Jon Greenbaum
Benjamin Blustein
1401 New York Avenue, Suite 400
Washington, D.C. 20005
Email: jgreenbaum@lawyerscommittee.org
ADMITTED PRO HAC VICE

ACLU Southern Regional Office
Neil Bradley
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303
Email: nbradley@aclu.org
ADMITTED PRO HAC VICE

PEOPLE FOR THE AMERICAN WAY FOUNDATION
Elliot M. Mincberg
2000 M Street, NW, Suite 400
Washington, D.C. 20036
Email: emincberg@pfaw.org
ADMITTED PRO HAC VICE

AARP FOUNDATION LITIGATION
Daniel B. Kohrman
601 E Street, N.W., Suite A4-240
Washington, D.C. 20049
Email: dkohrman@aarp.org
ADMITTED PRO HAC VICE

THE INTER TRIBAL COUNCIL OF ARIZONA, INC.
Joe P. Sparks
Susan B. Montgomery
Sparks, Tehan & Ryley P.C.
7503 First Street
Scottsdale, AZ 85251

David J. Becker
People for the American Way Foundation
2000 M Street, NW, Suite 400
Washington, D.C. 20036
Email: dbecker@pfaw.org
PRO HAC VICE APPLICATION PENDING

Attorneys for Plaintiffs The Inter Tribal Council of Arizona, Inc., et al.

683363

Mary O'Grady
Carrie J. Brennan
Assistant Attorney General
Office of the Attorney General
1275 W. Washington
Phoenix, Arizona 85007
Email: mary.ogrady@azag.gov
Email: Carrie.Brennan@azag.gov

Barbara A. Bailey
Assistant Attorney General
Office of the Attorney General
1275 West Washington
Phoenix, Arizona 85007
Email: Barbara.Bailey@azag.gov

Attorneys for Defendants State of Arizona, and Secretary of State Jan Brewer

M. Colleen Connor
MCAO Division of County Counsel
222 N. Central Avenue, Ste. 1100
Phoenix, Arizona 85003
Email: connorc@mcao.maricopa.gov

Dennis I. Wilenchik
Kathleen Rapp
Wilenchik and Bartness, P.C.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
Email: diw@wb-law.com
Email: kathleenr@wb-law.com

Attorneys for County Defendants

Criss E. Candelaria
Bradley Carlyon
Apache County Attorney's Office
P.O. Box 637
St. Johns, Arizona 85936
Email: bcarlyon@apachelaw.net
Attorneys for Apache County

Melvin R. Bowers, Jr.
Lance B. Payette
Navajo County Attorney's Office
P.O. Box 668
Holbrook, Arizona 86025
Email: lance.payette@co.navajo.az.us
Attorneys for Navajo County

683363

8

Barry Klopfer
Navajo County Department of Justice
P.O. Box 2010
Window Rock, Arizona 86515
Telephone: 928-871-6275
Fax: (928) 871-7570
Email: barrydoj@hotmail.com
Attorneys for Navajo County

Jean E. Wilcox
Coconino County Attorney's Office
110 East Cherry Ave.
Flagstaff, AZ 86001
Email: jwilcox@coconino.az.gov
Attorney for Coconino County

                                              s/ Judith M. Dworkin

683363