Judith M. Dworkin (No. 010849)
Marvin S. Cohen (No. 00923)
Patricia Ferguson-Bohnee (No. 020996)
Javier G. Ramos (No. 017442)
SACKS TIERNEY P.A. (No. 00182000)
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251-3693
Telephone: (480) 425-2600
Marvin.Cohen@sackstierney.com
Judith.Dworkin@sackstierney.com
Patty.Ferguson@sackstierney.com
Javier.Ramos@sackstierney.com

Louis Denetsosie
The Navajo Nation, Dept. of Justice
P.O. Drawer 2010
Window Rock, Arizona 86515
Telephone: (928) 871-6275
Facsimile: (928) 871-6177
louisdenetsosie@navajo.org

Attorneys for Plaintiffs Navajo Nation and
Agnes Laughter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARIA M. GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF ARIZONA; et al.,<br><br>    Defendants. | No. CV 06-1268-PHX-ROS (LEAD)<br>    CV 06-1362-PHX-ROS<br>    CV 06-1575-PHX-ROS<br><br>**AGREEMENT TO EXTEND THE TIMEFRAME OF THE PARTIES' JOINT STIPULATION TO DISMISS**<br><br>(Assigned to the Honorable Roslyn O. Silver)<br><br>**(Consolidated)** |

The Navajo Nation and Agnes Laughter ("Navajo Plaintiffs"), Arizona Secretary of State Janice Brewer ("State Defendants") and Patty Hansen, the Election Administrator for Coconino County, Arizona; Penny Pew, the Elections Director for Apache County, Arizona; Lisa McKee, the Elections Director for Navajo County, Arizona; Candace Owens,

691304.01

the Coconino County Recorder; LeNora Johnson, the Apache County Recorder; and Laurette Justman, the Navajo County Recorder (the "County Defendants"), (collectively, the "Stipulating Parties"), by and through undersigned counsel, hereby stipulate to the following:

1. The Stipulating Parties entered into a Joint Stipulation to Dismiss Pending Approval of Changes to Procedures on April 18, 2008. The Joint Stipulation to Dismiss Pending Approval of Changes to Procedures becomes null and void on May 19, 2008, unless extended in writing by the Stipulating Parties.

2. The Stipulating Parties agree to extend the Joint Stipulation to Dismiss Pending Approval Changes to Procedures from May 19, 2008, to June 16, 2008, unless extended in writing by the Stipulating Parties.

DATED this 19th day of May, 2008.

SACKS TIERNEY P.A.


By: s/ Judith M. Dworkin_____
    Judith M. Dworkin
    Marvin S. Cohen
    Patricia Ferguson-Bohnee
    Javier G. Ramos

Attorneys for Plaintiffs Navajo Nation and Agnes Laughter

DATED this 19th day of May, 2008.

STATE OF ARIZONA


By: s/Barbara A. Bailey_____
    Mary O'Grady
    Barbara A. Bailey
    Carrie J. Brennan

Attorneys for Defendant Secretary of State

691304.01

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

DATED this 19th day of May, 2008.

NAVAJO COUNTY

By: s/ Lance B. Payette _____
    Melvin R. Bowers, Jr.
    Lance B. Payette

Attorneys for Defendant Lisa McKee, Navajo County Elections Director and Laurette Justman, Navajo County Recorder

DATED this 19th day of May, 2008.

COCONINO COUNTY

By: s/Jean E. Wilcox _____
    Jean E. Wilcox

Attorneys for Defendant Patty Hansen, Coconino County Elections Administrator and Candace Owens, Coconino County Recorder

DATED this 19th day of May, 2008.

APACHE COUNTY

By: s/Bradley Carlyon _____
    Criss E. Candelaria
    Bradley Carlyon

Attorneys for Defendant Penny Pew, Apache County Elections Director and LeNora Johnson, Apache County Recorder

691304.01

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, a complete, duplicate copy of this document was forwarded directly to Judge Roslyn O. Silver by First Class Mail, at the following addresses:

Hon. Roslyn O. Silver
United States District Court, Suite 624
401 W. Washington Street, SPC 59
Phoenix, Arizona 85003

                                                 s/ Judith M. Dworkin

I hereby certify that on May 19, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, if any:

Daniel R. Ortega, Jr.
Roush McCracken Guerrero Miller & Ortega
650 N. 3rd Avenue
Phoenix, Arizona 85003
Email: danny@rmgmoinjurylaw.com

Nina Perales
Mexican American Legal Defense and Education Fund
110 Broadway, Ste. 300
San Antonio, Texas 78205
Email: nperales@maldef.org

Attorneys for Plaintiffs

David B. Rosenbaum
Thomas L. Hudson
Sara S. Greene
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012
Email: drosenbaum@omlaw.com
Email: thudson@omlaw.com
Email: sgreene@omlaw.com

David J. Bodney
Karen J. Hartman-Tellez
Steptoe & Johnson LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Email: dbodney@steptoe.com
Email: khartman@steptoe.com

691304.01

4

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Jon Greenbaum
Benjamin Blustein
1401 New York Avenue, Suite 400
Washington, D.C. 20005
Email: jgreenbaum@lawyerscommittee.org
ADMITTED PRO HAC VICE

ACLU Southern Regional Office
Neil Bradley
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303
Email: nbradley@aclu.org
ADMITTED PRO HAC VICE

PEOPLE FOR THE AMERICAN WAY FOUNDATION
Elliot M. Mincberg
2000 M Street, NW, Suite 400
Washington, D.C. 20036
Email: emincberg@pfaw.org
ADMITTED PRO HAC VICE

AARP FOUNDATION LITIGATION
Daniel B. Kohrman
601 E Street, N.W., Suite A4-240
Washington, D.C. 20049
Email: dkohrman@aarp.org
ADMITTED PRO HAC VICE

THE INTER TRIBAL COUNCIL OF ARIZONA, INC.
Joe P. Sparks
Susan B. Montgomery
Sparks, Tehan & Ryley P.C.
7503 First Street
Scottsdale, AZ 85251

David J. Becker
People for the American Way Foundation
2000 M Street, NW, Suite 400
Washington, D.C. 20036
Email: dbecker@pfaw.org
PRO HAC VICE APPLICATION PENDING

Attorneys for Plaintiffs The Inter Tribal Council of Arizona, Inc., et al.

691304.01

Mary O'Grady
Carrie J. Brennan
Assistant Attorney General
Office of the Attorney General
1275 W. Washington
Phoenix, Arizona 85007
Email: mary.ogrady@azag.gov
Email: Carrie.Brennan@azag.gov

Barbara A. Bailey
Assistant Attorney General
Office of the Attorney General
1275 West Washington
Phoenix, Arizona 85007
Email: Barbara.Bailey@azag.gov

Attorneys for Defendants State of Arizona, and Secretary of State Jan Brewer

M. Colleen Connor
MCAO Division of County Counsel
222 N. Central Avenue, Ste. 1100
Phoenix, Arizona 85003
Email: connorc@mcao.maricopa.gov

Dennis I. Wilenchik
Kathleen Rapp
Wilenchik and Bartness, P.C.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
Email: diw@wb-law.com
Email: kathleenr@wb-law.com

Attorneys for County Defendants

Criss E. Candelaria
Bradley Carlyon
Apache County Attorney's Office
P.O. Box 637
St. Johns, Arizona 85936
Email: bcarlyon@apachelaw.net
Attorneys for Apache County

Melvin R. Bowers, Jr.
Lance B. Payette
Navajo County Attorney's Office
P.O. Box 668
Holbrook, Arizona 86025
Email: lance.payette@co.navajo.az.us
Attorneys for Navajo County

691304.01

6

Barry Klopfer
Navajo County Department of Justice
P.O. Box 2010
Window Rock, Arizona 86515
Telephone: 928-871-6275
Fax: (928) 871-7570
Email: barrydoj@hotmail.com
Attorneys for Navajo County

Jean E. Wilcox
Coconino County Attorney's Office
110 East Cherry Ave.
Flagstaff, AZ 86001
Email: jwilcox@coconino.az.gov
Attorney for Coconino County

                                                             s/ Judith M. Dworkin

691304.01