# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA M. GONZALEZ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE OF ARIZONA; et al.,<br><br>        Defendants. | No.  CV 06-1268-PHX-ROS (LEAD)<br>      CV 06-1362-PHX-ROS<br>      CV 06-1575-PHX-ROS<br><br>**ORDER** |

The parties in <u>Navajo Nation v. Brewer</u>, CV 06-1575 (D. Ariz. filed June 20, 2006), having entered into a stipulation ("Stipulation") for Revised Procedures for Proof of Identification at the Polls ("Revised Procedures") to provide for an elector who identifies himself or herself as a member of a federally recognized Indian tribe to vote a regular provisional ballot upon the presentation of certain acceptable forms of tribal identification, which shall include (but are not limited to) the following:

- a tribal identification or enrollment card issued under the authority of a federally recognized Indian tribe, nation, community, or band ("tribe"), a tribal subdivision or the Bureau of Indian Affairs; or

- a Certificate of Indian Blood issued to a tribal member under the authority of a tribe or by the Bureau of Indian Affairs; or

- a voter registration card for tribal elections issued under the authority of a tribe; or

- a home site assignment lease, permit or allotment issued under the authority of a tribe, tribal subdivision, or by the Bureau of Indian Affairs; or

• a grazing permit or allotment issued to a tribal member under the authority of a tribe, tribal subdivision, or by the Bureau of Indian Affairs.

The parties having further stipulated to dismissal of the action without prejudice upon notice of preclearance of the Revised Procedures by the United States Department of Justice, and such notice having been received by the Court,

**IT IS ORDERED** that:

1. The Stipulation (Doc. 749) is **GRANTED.**

2. Case No. CV 06-1575-PHX-ROS is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3. So long as the Revised Procedures remain in force and are effectively implemented, no action that challenges Proposition 200, A.R.S. § 16-579, or the Revised Procedures on their face or as applied may be brought by Plaintiffs or any of them against Defendants or any of them and any such action shall be subject to dismissal.

4. The parties agree that each party shall bear its own attorney fees and costs incurred in this action.

Dated this 27th day of May, 2008.

_____
Roslyn O. Silver
United States District Judge